# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL D. CAMARENA,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Director,<br><br>        Respondent(s). | No. EDCV 10-636-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 24, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE